FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2006

at ___11___o'clock and ___Third___ M
SUE BEITIA, CLERK

ORIGINAL

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 05 CR 00164-JMS |
| Plaintiff, | ) | [PROPOSED] ORDER EXONERATING BOND AND RELEASING LIEN ON PROPERTY POSTED AS SECURITY FOR PERSONAL SURETY BOND |
| vs. | ) | |
| JESIKA CACHO, | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING**, the property posted as security for the personal surety bond of $300,000.00, specifically known as 5330 El Sinore Street, Oceanside, California 92056, posted on behalf of Defendant, Jesika Cacho, is ordered exonerated.

The Clerk of the Court is hereby ordered to prepare any and all appropriate documents necessary to release the lien heretofore placed upon the property and ensure the full reconveyance of the property to the owners, Jose Ruesga and Sharon Ruesga.

**IT IS SO ORDERED.**

Dated: March ___3___, 2006.

_____
**HONORABLE J. MICHAEL SEABRIGHT**
**United States District Court Judge**

ORDER EXONERATING PROPERTY BOND  - 1