IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>JESIKA CACHO,             (03) )<br>)<br>Defendant.  )<br>_____  ) | Case No: 05-00164-03 JMS |

## JUDGMENT OF ACQUITTAL

On December 28, 2005, the Jury found Defendant, JESIKA CACHO, not guilty on Count 1 of the Superseding Indictment. Accordingly, judgment of acquittal on Count 1 is entered in favor of Defendant. All pretrial conditions pertaining to Defendant are terminated. If Defendant is in custody, Defendant is discharged, and if any bond exists it is exonerated.

Dated:   Honolulu, Hawaii on March 9, 2006.



_____
J. Michael Seabright
United States District Judge

cc: USPO, PTS, USMASD